IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 13-10099 |
| | ) Title 21, United States Code, |
| | ) Sections 846, 841(a)(1) and |
| | ) 841(b)(1)(A) |
| ANTHONY EWING, | ) |
| DARRYL THOMAS, | ) |
| MARSHAND DELONEY, | ) |
| ODELL TRAMBLE, and | ) |
| MICHAEL DILLON, | ) |
| Defendant. | ) |

# INDICTMENT

The Grand Jury charges:

## COUNT 1
(Conspiracy)

1. From in or about the fall of 2008 to September of 2013, in Knox County and elsewhere, in the Central District of Illinois,

>Anthony Ewing,
>Darryl Thomas,
>Marshand Deloney,
>Odell Tramble, and
>Michael Dillon,

the defendants herein, did knowingly conspire, confederate, and agree with each other and with other persons, to commit certain acts in violation of the laws of the United States, to wit: to knowingly distribute cocaine and cocaine base (crack), Schedule II

controlled substances, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

2. This conspiracy involved more than five (5) kilograms of a mixture and substance containing a detectable amount of cocaine and more than 280 grams of a mixture and substance containing a detectable amount of cocaine base.

### Overt Acts

3. In furtherance of the conspiracy and to accomplish its objectives of distributing cocaine and cocaine base, the defendants and both persons known and persons unknown to the grand jury did commit overt acts, including but not limited to the following:

    A. During the period of the conspiracy, various persons obtained cocaine;

    B. During the period of the conspiracy, various persons transported the cocaine from locations outside of the Central District of Illinois into the Central District of Illinois;

    C. During the period of the conspriacy, various persons converted some of the cocaine into cocaine base;

    D. During the period of the conspiracy, various persons weighed and repackaged the cocaine and the cocaine base;

    E. During the period of the conspiracy, various persons distributed the cocaine and the cocaine base;

  F. During the period of the conspiracy, various persons collected money from the sale of the cocaine base;

  G. During the period of the conspiracy, various persons possessed drug paraphernalia used in the drug trafficking business, including but not limited to scales, cutting agents, and packaging material;

  H. During the period of the conspiracy, various persons stored the cocaine and the cocaine base;

  I. During the period of the conspiracy, various persons met to arrange the distribution of cocaine and cocaine base, to distribute cocaine and cocaine base, and to receive money from the sale of cocaine and cocaine base.

  J. During the period of the conspiracy, various persons used the interstate highway system to travel to facilitate the drug trafficking operation.

  All in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(A).

        A True Bill,
        s/Foreperson

s/K. Tate Chambers

        Foreperson

JAMES A. LEWIS
UNITED STATES ATTORNEY
KTC/jms

3